United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 10-1382 September Term 2011
NLRB-27CA19566

Filed On: October 18, 2011 [1336195]

Chevron Mining, Inc., formerly known as
The Pittsburgh & Midway Coal Mining
Company,

      Petitioner

   v.

National Labor Relations Board,

      Respondent

------------------------------

Consolidated with 11-1006

    **BEFORE:** Circuit Judges Tatel and Griffith, and Senior Circuit Judge Williams

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on October 18, 2011 at 2:03 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Eugene Scalia, counsel for Petitioner.

  MacKenzie Fillow (NLRB), counsel for Respondent.

  Deborah Stern, counsel for amicus curiae for respondent.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:    /s/
                              Shana E. Thurman
                              Deputy Clerk